# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| McKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY, INC., a Minnesota corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JULIANNE WILLIAMS, an individual,<br><br>　　　　Defendant. | Case No. 1:19-CV-00859-AWI-EPG<br><br>Hon. Anthony W. Ishii<br><br>Magistrate Judge Erica P. Grosjean<br><br>**JOINT REQUEST BY PLAINTIFF AND DEFENDANT AND ORDER TO CONTINUE THE SEPTEMBER 24, 2019 MANDATORY SCHEDULING CONFERENCE TO OCTOBER 28, 2019, at 10:00 a.m.**<br><br>(ECF No. 9) |

Plaintiff McKesson Medical-Surgical Supply, Inc. and Defendant Julianne Williams, by and through their respective attorneys of record, hereby jointly respectfully request that this Court continue the Mandatory Scheduling Conference, currently set for September 24, 2019 to October 22, 2019, or a later date convenient to the Court, and continue the time provided under Federal Rules of Civil Procedure 26 within which to meet and confer, provide Initial Disclosures, and prepare and file the Report of Rule 26(f) Conference and Discovery Plan to correlate with the date of the continued Mandatory Scheduling Conference.

The reason for this request is that counsel for Ms. Williams, Dave McNamara, who is the attorney handling the day-to-day management of this case for Ms. Williams, and who first appeared

1
**JOINT REQUEST BY PLAINTIFF AND DEFENDANT AND ORDER TO CONTINUE THE SEPTEMBER 24, 2019 MANDATORY SCHEDULING CONFERENCE TO OCTOBER 28, 2019**

BN 37466353v1

in this matter last week when he filed Ms. Williams' Answer to the Complaint, is unable to attend the Mandatory Scheduling Conference on September 24, 2019 as he is required to attend a mediation in Modesto, California in the matter of *Tejada-Manjano vs. The Permanente Medical Group*, Stanislaus Superior Court Case No. 9000638. The mediation was scheduled prior to Mr. McNamara's appearance in this matter. Moreover, the parties are actively engaged in settlement discussions which may lead to a resolution of the litigation and the parties believe that the settlement discussions would benefit from a short continuance of the Mandatory Scheduling Conference.

Therefore, the parties respectfully request an approximate thirty (30) day continuance of the Mandatory Scheduling Conference, to October 22, 2019, or a later date convenient to the Court, as well as a corresponding continuance of the scheduling order dates in order to allow Mr. McNamara to appear at the Mandatory Scheduling Conference and, if the settlement discussions do not lead to resolution, to also give the parties the opportunity to meet and confer, provide their Initial Disclosures, and prepare and file the Report of Rule 26(f) Conference and Discovery Plan.

There are no other hearings currently on calendar for this matter.

DATED: August 30, 2019            Respectfully submitted,

                                  BUCHALTER
                                  A Professional Corporation

                                  By:  */s/ Joanne N. Davies*
                                       JOANNE N. DAVIES
                                       Attorneys for Plaintiff
                                       McKESSON MEDICAL-SURGICAL
                                       MINNESOTA SUPPLY, INC., a Minnesota
                                       corporation


DATED: August 30, 2019            McCORMICK BARSTOW LLP

                                  By:  */s/ Dave McNamara (as authorized on 8/30/19)*
                                       DAVE MCNAMARA
                                       Attorneys for Defendant
                                       Julianne Williams

**ORDER**

Having considered the parties' Joint Request for the Continuance of the Mandatory Scheduling Conference,

IT IS HEREBY ORDERED THAT:

The Mandatory Scheduling Conference is continued from September 24, 2019 to **October 28, 2019, at 10:00 a.m.**, and the scheduling order dates to meet and confer, provide Initial Disclosures and file the Report of Rule 26(f) Conference and Discovery Plan Scheduling Report shall be based on the continued hearing date.

IT IS SO ORDERED.

Dated: **August 30, 2019**          /s/ Erin P. Gro[illegible]
                                    UNITED STATES MAGISTRATE JUDGE

4

**JOINT REQUEST BY PLAINTIFF AND DEFENDANT AND ORDER TO CONTINUE THE SEPTEMBER 24, 2019 MANDATORY SCHEDULING CONFERENCE TO OCTOBER 28, 2019**

BN 37466353v1